IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATALIE SCHEIL,<br><br>                Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,<br><br>                Defendant. | **4:25CV3248**<br><br>**ORDER** |

    This matter is before the Court on plaintiff Natalie Scheil's ("Scheil") Motion to Proceed In Forma Pauperis (Filing No. 2). Upon careful review of the request, Sheil's motion (Filing No. 2) is granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

    IT IS SO ORDERED.

    Dated this 8th day of December 2025.

                                                    BY THE COURT:

                                                    Robert F. Rossiter, Jr.
                                                    Chief United States District Judge